906

No. 1206. STRANG v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Edward Bennett Williams* and *Patrick M. Wall* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 1211. MacCORKLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Charles M. Love* and *John B. Fisher* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for the United States.

No. 1215. MANLEY ET AL. v. SCHOENBAUM. C. A. 2d Cir. Certiorari denied. *Marvin Schwartz* for Pradal et al., and *Whitney North Seymour, Jr.,* and *Anthony L. Fletcher* for Manley et al., petitioners. *Irving Malchman* for respondent.

No. 1217. HENDERSON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *B. Clarence Mayfield* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Robert G. Maysack* for the United States.

No. 1224. BROCK, TRUSTEE v. MASSACHUSETTS MUTUAL LIFE INSURANCE Co. C. A. 5th Cir. Certiorari denied. *Irving M. Wolff* for petitioner. *Carl K. Hoffmann* for respondent.

No. 1225. SALT LAKE CITY FIRE FIGHTERS LOCAL 1645, AFL–CIO, ET AL. v. SALT LAKE CITY. Sup. Ct. Utah. Certiorari denied. *Adam M. Duncan* for petitioners.